# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

128689

CARSON FISCHER, PLC,
            Plaintiff-Appellee,

v

MICHIGAN NATIONAL BANK and
MICHIGAN NATIONAL CORPORATION,
            Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128689
COA: 248167
Oakland CC: 2001-029814-CZ

On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues to be briefed: (1) whether the insertion of personal loan numbers on the face of embezzled checks made payable to the order of Michigan National Bank was an "alteration" of the checks as that term is utilized in MCL 440.4406 and MCL 440.3407 and (2) if the checks did not contain an "alteration," whether they were therefore properly payable under MCL 440.4401(1).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

s1221